IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAM COREY WILLIAMS,

        Plaintiff,

   v.

DOCTOR ROBERTS, et al.,

        Defendants.

Case No. 2:21-00226-MO

ORDER TO DISMISS

MOSMAN, District Judge.

    Plaintiff moves to voluntarily dismiss this prisoner civil rights case on the basis that his imminent release will moot the action. Plaintiff's Motion is granted, and this case is dismissed without prejudice.

    Plaintiff also asks the Court to release him from the obligation to pay the $350.00 filing fee for this case. Because the collection of the filing fee from incarcerated persons is mandated by statute, this request is denied. *See* 28 U.S.C. § 1915(b)(1).

1 - ORDER TO DISMISS

Finally, Plaintiff asks the Court to return original documents he provided upon filing this case, and agrees to pay the cost to return those documents. While the Court cannot return the exact documents Plaintiff submitted, the Clerk's Office can provide him with copies of those documents should he pay the copy costs associated with that request in advance. Plaintiff must coordinate that request through the Clerk's Office.

## CONCLUSION

Plaintiff's Motion to Voluntarily Dismiss (#11) is granted. The Court therefore dismisses this case without prejudice. Plaintiff's request for relief from the statutory filing fee is denied, and his request for copies should be directed to the Clerk's Office.

IT IS SO ORDERED.

| | |
|---|---|
| 4/9/2021 | *Michael W. Mosman* |
| DATE | Michael W. Mosman |
| | United States District Judge |

2 - ORDER TO DISMISS